**THOMAS R. SUOZZI**
County Executive



**LORNA B. GOODMAN**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3056/FAX: 516-571-3058
Writer's Direct Line (516) 571-6083

August 11, 2005

**VIA ECF & US MAIL**
The Honorable Judge Sandra J. Feurstein
United States District Court
1020 Federal Plaza
Central Islip, New York 11722

Re: Delinois v. Nassau County, et al.
    CV 04 4180 (SJF)(ARL)

Dear Judge Feurstein:

      This is letter is sent to notify the Court that the parties have agreed upon a settlement of the above referenced matter, thus seeking its endorsement of the same. To that end, attached please find a Stipulation of Discontinuance and Release which has been duly executed by the plaintiff and the County.

      It is respectfully requested that your Honor "so order" the enclosed at your earliest convenience. Thank you in advance for your assistance in this regard.

Respectfully submitted,

Lauren Seides Chartan
Deputy County Attorney

cc:    Regina Nichols, Esq.
        Attorney for Plaintiff

## GENERAL RELEASE

TO ALL TO WHOM THESE PRESENTS SHALL COME BY OR MAY CONCERN, KNOW THAT

**Billendy Delinois residing at 767 Dale Place Uniondale, New York 11553,** as RELEASOR, in consideration of the sum of **FIVE THOUSAND DOLLARS AND ZERO CENTS ($5,000.00)** received from **COUNTY OF NASSAU and NASSAU COUNTY POLICE DEPARTMENT** as RELEASEE(s), receipt whereof is hereby acknowledged, releases and discharges **COUNTY OF NASSAU and NASSAU COUNTY POLICE DEPARTMENT,** the RELEASEE(s), RELEASEE's heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEE, the RELEASOR, RELEASOR's heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, or by reason of any matter; cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE with respect to the personal injury claims by RELEASOR in the subject incident, which occurred on September 7, 2003,.

    Whenever the text hereof requires, the use of singular number shall include the appropriate plural number as the text of the within instrument may require.

    This RELEASE may not be changed orally.

    IN WITNESS WHEREOF, the RELEASOR has hereunto set RELEASOR'S hand and seal on the _1st_ day of August 2005.

**IN PRESENCE OF**

X _____ L.S.
      **BILLENDY DELINOIS**

On the __1__ day of August 2005, before me personally came BILLENDY DELINOIS to me known, and known to me to be the individual(s) described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

ANIBAL INOA
Notary Public, State of New York
No. 01IN6123937
Qualified in Nassau County
Commission Expires March 14, 2009

_____
Notary Public

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BILLENDY DELINOIS,

                                                  Plaintiff,                            CV 04 4180
                                                                                         (SJF)(ARL)

                              -against-                                          STIPULATION OF
                                                                                         DISCONTINUANCE

NASSAU COUNTY and NASSAU COUNTY POLICE
DEPARTMENT,

                                                 Defendant.
------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Syosset, New York
        August 3, 2005

By: _____                By: _____
     REGINA C. NICHOLS.                            ESTHER MILLER, ESQ.

NICHOLS & CANE LLP                            COUNTY OF NASSAU
Attorneys for Plaintiff                                   for Defendant(s)
6800 Jericho Tpke. - Suite 120W             One West Street
Syosset, New York 11791                        Mineola, NY 11501
Tel: 516-677-0066                                      Tel: 516-571-3066
Fax: 516-677-9363                                      Fax: 516-571-6684

SO ORDERED _____